UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Craig B. Shaffer<br>United States Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 09-cr-00044-JLK | FTR CBS AM |
| February 23, 2009 | |
| UNITED STATES OF AMERICA | Zachary Phillips |
| v. | |
| HUNG TAN VO | Jeralyn Merritt |

## MOTION HEARING [ 44 ]

Court in Session: 10:01 am

Court calls case and appearances of counsel. Motion [ 44 ] set for hearing today.

Gerald Mason appears from pre-trial services.

Defense counsel calls witness Tammy Nguyen to the stand.

Witness sworn.

Direct examination by defense counsel.

Cross examination by government counsel.

Witness excused.

Parties proceed with argument.

**ORDERED:** Motion [ 44 ] is GRANTED. Defendant to return to court when terms of bond have been met and electronic monitoring has been set up.

**ORDERED:** Defendant to post a $10,000/10% cash bond. Electronic monitoring with

terms and conditions per probation.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 10:37 am

Total time in court: 36 minutes

Hearing concluded.