IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 09-cr-00044-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     PHOUC HUU PHAM,
2.     DUSTIN PATRICK GIBBENS,
3.     HUNG TAN VO, and
4.     TONY LAM,

    Defendants.

---

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

---

Upon consideration of the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony Under Specified Conditions to the Attorneys for the Defendants pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure (doc. #52), filed February 25, 2009, it is,

ORDERED that the Motion is GRANTED. Copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials shall be disclosed to the attorneys for the Defendants for preparation for trial.

IT IS FURTHER ORDERED that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or offices of the attorneys for the Defendants.

DATED this 26th day of February, 2009, at Denver, Colorado.

        BY THE COURT:


        *S/John L Kane*
        JOHN L. KANE
        SENIOR DISTRICT COURT JUDGE
        UNITED STATES DISTRICT COURT
        DISTRICT OF COLORADO