**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Date:  April 1, 2009

Courtroom Deputy: Bernique Abiakam
Court Reporter: Gwen Daniel

**Criminal Case No. 09-cr-00044-JLK**

UNITED STATES OF AMERICA,

Susan Zeke Knox

Plaintiff,

v.

| | | |
|---|---|---|
| 1. | PHOUC HUU PHAM, | Thomas R. Ward |
| 2. | DUSTIN PATRICK GIBBENS, | Matthew C. Golla |
| 3. | HUNG TAN VO, | Jeralyn E. Merritt |
| 4. | TONY LAM, | Clifford J. Barnard |

Defendants.

---

## COURTROOM MINUTES

---

**HEARING: STATUS CONFERENCE**

**2:24 p.m.     Court in session.**

Court calls case.  Defendants Gibbens, Vo, and Lam present on bond.  Defendant Pham present in custody.  Counsel present.

**ORDERED:  Motion For Disclosure Of All Benefits Provided To Government Witnesses Including Express Or Implied Promises Of Leniency (Filed 3/13/09; Doc. No. 71) is DENIED in PART, and CONFESSED and GRANTED in PART as specified.**

**ORDERED:  Motion For Disclosure And Notification Of Any Evidence The Government Seeks To Admit Pursuant To F.R.E. 801(d)(2)(E) And For A Pre-Trial Hearing On Admissibility (Filed 3/13/09; Doc. No. 72) is GRANTED**.

Discussion regarding Motion For Severance Of Defendants (Filed 3/13/09; Doc. No. 73).

Discussion regarding Motion To Suppress Statements (Filed 3/13/09; Doc. No. 75).

The Court advises counsel that a James Hearing will be scheduled and then argument will be heard also on motion for severance.

**ORDERED:   Motion For Discovery (Filed 3/11/09; Doc. No. 62) is GRANTED as specified.**

**ORDERED:   Request For Pretrial Notice Of 404(b) Evidence (Filed 3/11/09; Doc. No. 63) is GRANTED as specified.  Disclosure shall be completed at a minimum of two weeks prior to trial.**

The Court advises counsel that the Motion To Suppress Evidence (Filed 3/13/09; Doc. No. 68) will be set for oral argument.

**ORDERED:   Motion To Produce And Preserve Discovery Pertaining To Utah Stop And Controlled Delivery (Filed 3/13/09; Doc. No. 76) is GRANTED as specified.**

**ORDERED:   Motion For Disclosure Pursuant To Rules 404(b), Federal rules Of Evidence (Filed 3/13/09; Doc. No. 77) is GRANTED as specified. Disclosure shall be completed at a minimum of two weeks prior to trial.**

**ORDERED:   Request For Notice Of Government's Intent To Use Evidence Pursuant To Rule 12(b)(4)(B), Criminal Procedures (Filed 3/13/09; Doc. No. 78) is GRANTED as specified.**

The Court advises counsel that the Motion To Suppress Statements (Filed 3/13/09; Doc. No. 79) will be set for oral argument.

The Court advises counsel that the Motion To Disclose Substance Of Proffers Of Cooperating government Witnesses (Filed 3/13/09; Doc. No. 81) will be set for oral argument.

**ORDERED:   Motion For Disclosure Of All Benefits Provided To Government Witnesses Including Express Or Implied Promises Of Leniency (Filed 3/13/09; Doc. No. 82) is GRANTED as specified.  All disclosures have to be made at least 14 days in advance of trial.**

The Court advises counsel that the Defendant Lam's Motion To Suppress Statements (Filed 3/13/09; Doc. No. 83) will be set for oral argument.

The Court advises counsel that the Defendant Lam's Motion To Suppress Illegally Seized Evidence (Filed 3/13/09; Doc. No. 67) will be set for oral argument.

**ORDERED:  Defendant Lam's Motion For Discovery (Filed 3/13/09; Doc. No. 69) is GRANTED in PART and DENIED in Part as specified.**

**ORDERED:  Defendant Lam's Request For Pretrial Notice Of 404(b) Evidence (Filed 3/13/09; Doc. No. 70) is GRANTED as specified.  Disclosure shall be completed at a minimum of two weeks prior to trial.**

Discussion regarding possible notice of disposition being filed.

Discussion regarding hearing date.

Statement by Mr. Golla regarding motion to suppress and the appearance of Defendant, Dustin Gibbens, at the next hearing.

The Court states to Mr. Golla that although they are not required to attend, and although they will not be participating in the argument at the next hearing, it is advised that the Defendant, Dustin Gibbens, be present.

The Court questions each Defendant regarding their understanding of Speedy Trial.

**All Defendants are re-arraigned of the Superseding Indictment.  No arraignment will take place on April 14, 2009 as originally scheduled.**

1.    Defendant, Phouc Huu Pham, waives formal reading, and pleads not guilty to Counts One, Two, and Three.  **Not Guilty Plea RECEIVED by the Court**.

2.    Defendant, Dustin Patrick Gibbens, waives formal reading, and pleads not guilty Counts One and Three. **Not Guilty Plea RECEIVED by the Court**.

3.    Defendant, Hung Tan Vo, waives formal reading, and pleads not guilty Counts One and Two. **Not Guilty Plea RECEIVED by the Court**.

4.    Defendant, Tony Lam, waives formal reading, and pleads not guilty Counts One and Two. **Not Guilty Plea RECEIVED by the Court.**

**ORDERED:  Having made the Ends of Justice Findings, the Motions (James) Hearing is set for May 5, 2009 at 9:30 a.m.**
The Court advises counsel that the current trial date may be reset after the Motions (James) Hearing.

**ORDERED:**   **Bond is continued on Defendants Dustin Patrick Gibbens, Hung Tan Vo, and Tony Lam.**

**ORDERED:**   **Defendant Phouc Huu Pham is remanded to the custody of the United States Marshal.**

**2:50 p. m.**    **Court in recess.**

Hearing concluded.

Total in-court time: 00:26 minutes